**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT
9             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  JOHN SEARS,                              No. C07-02129 MJJ
12              Plaintiff,                   **ORDER TO SHOW CAUSE**
13       v.
14  United States,
15              Defendant.
16                                        /
17     Pro se Petitioner John Sears ("Petitioner") is currently serving a term of one-hundred and
18  eight (108) months at the Federal Correctional Institution ("FCI") in Waseca, MN.  On October 16,
19  2003, Petitioner pled guilty to one count of Possession of Cocaine for Sale (21 U.S.C. § 841).
20  Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255.
21     Petitioner seeks habeas corpus relief, claiming that his sentence is unconstitutional for three
22  reasons.  First, Petitioner claims that he was given ineffective assistance of counsel when his counsel
23  failed to investigate a particular law enforcement officer's pattern of Fourth Amendment violations.
24  Second, Petitioner claims that he was given ineffective assistance of counsel when his counsel failed
25  to investigate and introduce evidence of police misconduct and "flagrant disregard for the terms of
26  the search warrant."  Third, Petitioner claims that he was given ineffective assistance of counsel
27  when his counsel failed to investigate to argue during Petitioner's appeal that the errors in the search
28  warrant were not entitled to the good faith exception.

For the foregoing reasons and for good cause shown, it is hereby ordered that:

1.  The Clerk of the Court shall serve by certified mail a copy of this Order and the petition and all attachments thereto upon respondent and respondent's attorney, the United States Attorney. The Clerk shall also serve a copy of this Order on Petitioner.

2.  Respondent shall file and serve within sixty (60) days of the issuance of this order, an answer conforming in all respects with Rule 5 of the Rules Governing Habeas Corpus Cases Under Section 2255, showing cause why a writ of habeas corpus should not issue.

3.  If petitioner wishes to respond to the answer, he shall do so by filing and serving a traverse within thirty (30) days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: April 27, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

2