UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN SEARS,

    Petitioner,

v.

UNITED STATES,

    Respondents.

No. C 07-02129 MHP

**JUDGMENT**

The petition for writ of habeas corpus is DENIED.

IT IS SO ORDERED AND ADJUDGED.

DATED: September 16, 2010

Marilyn Hall Patel
United States District Judge